AO 470 (Rev. 01/09) Order Scheduling a Detention Hearing

# UNITED STATES DISTRICT COURT
for the
District of Nevada

United States of America
v.
Myron Flowers
*Defendant*

Case No. 2:26-cr-00215-RFB-BNW

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| | | | |
|---|---|---|---|
| Place: | Lloyd D. George United States Courthouse<br>333 Las Vegas Blvd., South<br>Las Vegas, NV 89101<br>before: Magistrate Judge Nancy J. Koppe. | Courtroom No.: | 3C |
| | | Date and Time: | November 9, 2026, at 2:00 PM |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: November 6, 2026

*Judge's signature*

Nancy J. Koppe, United States Magistrate Judge
*Printed name and title*

_X_ FILED ____ RECEIVED
____ ENTERED ____ SERVED ON
COUNSEL/PARTIES OF RECORD

NOV 06, 2026

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: ____________ DEPUTY